UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN ERIC SWAITE                                              PLAINTIFF

V.                          4:17CV00138 KGB/JTR

DOES, Unknown Staff and Nurses;
SALINE COUNTY JAIL                                                DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

### I. Discussion

Plaintiff Jonathan Eric Swaite ("Swaite") has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights at the Saline County Detention Facility. *Doc. 2.*

On April 4, 2017, the Court ordered Swaite to file a prison calculation sheet. *Doc. 4.*  Importantly, the Court advised Swaite that this case would be dismissed,

without prejudice, if he failed to timely and properly do so. *Id.*

As of the date of this Recommendation, Swaite has not complied with the April 4, 2017 Order, and the time to do so has expired.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUTP PREJUDICE, due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

2. Swaite's Application to Proceed *In Forma Pauperis (Doc. 1)* be DENIED, AS MOOT.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 11th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE