IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN ERIC SWAITE                                                                PLAINTIFF

v.                          Case No. 4:17-cv-138 KGB

DOES, unknown staff and nurses;
SALINE COUNTY JAIL                                                                  DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). Plaintiff Jonathan Eric Swaite has not filed an objection, and the time for filing an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted as its findings in all respects.

Consequently, the Court dismisses without prejudice Mr. Swaite's complaint for failure to prosecute (Dkt. No. 2). The Court denies as moot Mr. Swaite's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge